IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT | Case No.   4:24-mj-385<br><br>**[FILED UNDER SEAL]** |

I, Kelly D. Etnier, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND OFFICER BACKGROUND**

1. I make this affidavit in support of a criminal complaint. It is intended merely to show that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

2. I am employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been so employed for approximately 22 years. Prior to my employment with ATF, I was a police officer and investigator with the Davenport, Iowa, Police Department for approximately six and one-half years. I am a graduate of the Iowa Law Enforcement Academy, the Federal Law Enforcement Training Center Criminal Investigator Training Program and the Bureau of Alcohol, Tobacco, Firearms and Explosives' National Academy. My duties as a Special Agent consist of investigating criminal violations of federal alcohol, tobacco, firearm, arson, and explosives laws.

3. During the course of my employment, I have written and participated in excess of 100 search warrants related to firearms and firearms trafficking violations, which resulted in felony arrests, search warrants, criminal complaints, and the

FILED
By: Clerk's Office, Southern District of Iowa
9:01 am, Aug 14 2024

4:24-mj-385

confiscation of firearms. I was also the affiant and case agent in an international firearms trafficking case that resulted in a Title III intercept.

4. I have personally participated in the investigation of Angela Marie QUINN and Steven VIVAS related to suspected straw purchasing and/or firearms trafficking activity in the Southern District of Iowa. The information set forth in this affidavit is based on my personal knowledge and observations during this investigation; information conveyed to me by other law enforcement officials; and my review of records, documents, and other physical evidence obtained during the investigation.

5. Based on the facts in this affidavit, there is probable cause to believe that Angela QUINN has committed a violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 924(a)(1)(A), false statement during the purchase of a firearm.

## PROBABLE CAUSE

6. On July 18, 2024, Angela QUINN purchased a Smith & Wesson, Model M&P-15, 5.56-millimeter pistol, with serial number SU51207 (Firearm #1) from Generational Guns in Bondurant, Iowa, located within the Southern District of Iowa.

7. On July 23, 2024, Firearm #1 was recovered during an investigation by the Davenport Police Department from the trunk of a vehicle belonging to Keonna Douglas. Douglas is believed to have been in a dating relationship with VIVAS, namely a former girlfriend. Detectives also knew that VIVAS currently had an unserved order of protection that was previously sought by Douglas.

4:24-mj-385

8.     Based on the investigation, as further set forth below, during QUINN's purchase of Firearm #1 she made a false statement, namely that she was the actual buyer or transferee of Firearm #1, when in fact VIVAS was the actual buyer or transferee of Firearm #1.

Recovery of Firearm #1 (July 23, 2024)

9.     On July 23, 2024, the Davenport Police Department was notified that VIVAS was currently on electronic monitoring (ankle bracelet) through the Iowa Department of Corrections and that VIVAS had traveled into Moline, Illinois to a former girlfriend's residence. It was reported that VIVAS waved a rifle at various subjects at approximately 2:30 a.m.

10.    Davenport Police utilized GPS information from the Iowa Department of Corrections and learned that VIVAS' ankle monitor also placed him near an ex-girlfriend's residence near the 1000 block of E. 14th Street in Davenport as well as at the Relax Inn located at 6310 Brady Street in Davenport.

11.    Davenport Police learned from the Moline Police Department that VIVAS was last seen in a white SUV believed to be an Audi. Surveillance was established at the Relax Inn and detectives located a white Genesis SUV registered to "FOR5 WHEELS LLC" in West Des Moines, Iowa. This particular vehicle closely resembles the Audi brand that witnesses described to the Moline Police Department.

12.    Davenport Police Detectives learned from a front desk employee at the Relax Inn that a room had been rented by Keonna Douglas of Davenport, Iowa the night before. Douglas is believed to have been in a dating relationship with VIVAS,

namely a former girlfriend. Detectives also knew that VIVAS currently had an unserved order of protection that was previously sought by Douglas.

13. Surveillance was established at the hotel by Davenport Police Detectives who later observed VIVAS exit the front of the hotel and began walking back and forth to the white Genesis SUV and the hotel. VIVAS then entered the driver's seat of the SUV and drove away. Detectives followed VIVAS to the parking lot of a Dollar General Store located at 109 E. 50th Street in Davenport. VIVAS entered the store.

14. Detectives confirmed that VIVAS did not have a valid driver's license and took him into custody. Detectives seized VIVAS's cell phone. Detectives responded back to the Relax Inn to speak with Keonna Douglas. Douglas answered the door and agreed to let detectives into the room.

15. Douglas advised that VIVAS came to her Moline, Illinois residence the night before and that she had seen VIVAS with a "big long gun." Douglas said the gun wasn't in the hotel room and she wasn't exactly sure where it was located. Douglas also said that VIVAS was driving a white SUV and that she owned a Ford Fusion, which was still parked in the parking lot of the Relax Inn.

16. Douglas said that she also had several video chats with VIVAS and that VIVAS told her that Angela QUINN had a "gun license" and that it was QUINN who bought the gun for VIVAS. Douglas also told detectives that at some point in the evening, VIVAS asked Douglas to open the trunk of her car so he could put something in it. Douglas said she wasn't sure what VIVAS place in her trunk.

17. Douglas granted Detectives consent to search Douglas' vehicle. Detectives located Firearm #1 in the trunk of Douglas' vehicle. Detectives also located the order of protection paperwork she filed against VIVAS.

### Firearm #1 Purchase (July 18, 2024)

18. On July 23, 2024, S/A Jenkins called and spoke by telephone with Bo Carpenter, the owner of Generational Guns, a Federal Firearms Licensee. Mr. Carpenter emailed a scanned copy of an ATF Form 4473 reference the sale of Firearm #1.

19. The ATF Form 4473 shows that Angela Marie QUINN purchased Firearm #1 on July 18, 2024. In connection with the purchase, QUINN stated she was the actual transferee/buyer of Firearm #1. QUINN provided her Iowa Driver's License as well as an Iowa Permit to Acquire which was issued May 1, 2024. Because QUINN provided a permit, no NICS check was completed. QUINN purchased and took possession of Firearm #1 on July 18, 2024.

20. On July 24, 2024, Mr. Carpenter, utilizing his cellular telephone, showed S/A Jenkins a portion of the surveillance video from QUINN's purchase of Firearm #1, which was obtained pursuant to a subpoena. In the surveillance video, QUINN and a male matching VIVAS' description were in the store. VIVAS handled several firearms and posed with the firearms in the reflection of a window. Below are still images of surveillance video from July 18, 2024 provided by Mr. Carpenter:

4:24-mj-385

 

21.  I viewed still photographs taken from Generational Guns depicting QUINN and VIVAS looking at firearms inside the gun store. I also observed Iowa Driver's License and booking photos for both QUINN and VIVAS and believe they are an exact match to the individuals who were present during the purchase of Firearm #1 on July 18, 2024.

## VIVAS Phone Review

22.  The cell phone in VIVAS's possession during the recovery of Firearm #1 on July 23, 2024 was searched pursuant to a state search warrant and analyzed by Detective Anderson. Detective Anderson prepared a report noting items significant to the investigation, several of which are described in the subsequent paragraphs.

23.  Bluetooth devices connected to VIVAS's phone included a Genesis SUV, with a last seen date of July 23, 2024 at 9:43am, the same date that Firearm #1 was recovered. As described above, VIVAS was seen in a vehicle consistent with a white Genesis SUV on July 23, 2024.

6

24.  VIVAS's phone also contained messages with a phone number associated with QUINN, saved in VIVAS's phone as "My love," followed by a heart.

25.  On July 18, 2024, the day Firearm #1 was purchased, VIVAS sent QUINN several messages which appear related to the purchase of Firearm #1, including for example, "If u love me u get that for me or it's over," "I just came from the gun store if u can't get one it's over." In a series of messages, VIVAS says "lol the gun cute," "I need that," "There's a gun store much hey," "Ima send 259 to ya cash app," "If not ima buy this shit on the streets today," "After I get u," "I'm off this," followed by QUINN stating, "K manager is here." VIVAS asked, "U got ya permit on u," QUINN responded "No it's at home somewhere," then VIVAS stated "K we got to look." After more than an hour break in their messages, QUINN then says "I really can't believe what just happened. I didn't even say no, I said we can talk and you exploded. There are lots of places to buy guns and you want the first place not even look into it," followed by "I love you and you know I will do anything for you and how you just reacted was so fucked up. I literally do anything and everything you say and asked me to do and you just fucking exploded. I don't understand at all," "You were always for this instant gratification quick answers quick results and I don't work that way and I can't work that way when it's literally all the money we have," then "I hope I hear from you soon. I hope I see you soon. I hope really the threats that you made about being gone and being done or just because you're mad at me and frustrated, but I don't know just like I said yesterday. I love you even though you treat me like shit." After about a 45-minute break, QUINN told VIVAS "What is it that you even

7

4:24-mj-385

want? You can't have me go in there to buy something and I don't know what it is." Based on my training experience, knowledge of this investigation, and the explicit words of many messages, the conversation between VIVAS and QUINN concern QUINN's purchase of Firearm #1 for VIVAS.

26. VIVAS's phone also contained photographs and videos of what appear to be Firearm #1. For example, the following image was taken on July 20, 2024, two days after the purchase of Firearm #1, and is consistent in appearance with Firearm #1:


Image taken: 7.20.24 at 1200 hours

This is further evidence that QUINN made a false statement on the Form 4473 in connection with the purchase of Firearm #1 when she claimed that she was the actual transferee/buyer of Firearm #1. Based on my training and experience, QUINN's false answer was intended to deceive the firearms dealer, Generational Guns, because her false answer was material to the sale of Firearm #1. Had QUINN answered this

8

4:24-mj-385

question truthfully—that she was not the actual transferee/buyer of Firearm #1—she would have been denied purchase of Firearm #1.

27. VIVAS's phone also contained photographs and videos of VIVAS in possession of what appears to be Firearm #1. For example, the following were located:





Image taken: 7.19.24 at 0750 hours

### Additional investigation

28. On July 29, 2024, I received information from Iowa Department of Public Safety that QUINN is employed by the state of Iowa as a social worker and works in an office located in Des Moines. This is consistent with her decision to purchase Firearm #1 at a firearms dealer located in the Des Moines metropolitan area.

29. I have reviewed the description of Firearm #1 and I know from my training and experience as an ATF Interstate Nexus Expert that Smith & Wesson does not manufacture firearms in the State of Iowa. Furthermore, based on the jail

9

4:24-mj-385

phone calls, it would appear that VIVAS transported the involved firearm across the state line into Moline, Illinois where multiple persons saw him possess it. Additionally, Firearm #1 meets the definition of a firearm, pursuant to 18 U.S.C. § 921(a)(3).

## CONCLUSION

30.   Based on the facts contained in this affidavit, there is probable cause to believe that Angela QUINN has committed a violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 924(a)(1)(A), false statement during the purchase of a firearm.

I further state and declare that all of the statements and information contained herein are true and correct to the best of my knowledge, information and belief.

_____
Kelly Etnier, Special Agent
Bureau of Alcohol, Tobacco, Firearms, & Explosives

Subscribed and sworn to before me on this 13th day of August, 2024.

_____
Honorable William P. Kelly
United States Magistrate Judge

10